### DAYTON vs. VINCENT.

Plaintiff must stipulate and pay the costs, where the defendant has a rule to that effect, before he can properly notice the cause for trial.

*Motion for an order directing the clerk of the circuit New York* [7 *to strike this cause from the calendar, and for a perpetual stay of proceedings on part of plaintiff.*—Facts on both sides the same as in the last cause, the cause having been noticed for trial by plaintiff's attorney.

GEO. A. SHUFELT, *Defts Atty.*          S. B. NOBLE, *Plffs Atty.*

*Decision.*—That the motion be granted unless plaintiff in twenty days pay to defendant or his attorney, the costs defendant is entitled to under the order of 6th August, and costs of all subsequent proceedings and also $10 costs of this motion.

---

### WADE vs. WADE.

Where plaintiff's attorney omitted (by mistake) to serve a copy order staying proceedings to prepare and serve a case, until judgment had been entered and notice of taxation of costs given, *held*, that he might have twenty days for that purpose, on payment of costs of motion: judgment to stand as security.

*Motion for leave to plaintiff to prepare and serve a case in this cause, and for a stay of defendant's proceedings until the order of this court thereon.*—Facts: Plaintiff's attorney procured an order from the circuit judge next day after the trial for this same purpose and informed defendant's attorney of it, but did not serve a copy of said order (by mistake) until some eight days afterwards, in the mean time defendant's attorney had perfected his judgment and given notice of taxation of costs.

G. W. BULKLEY, *Plffs Atty.*          WM. H. TOBEY, *Defts Atty.*

*Decision.*—Plaintiff may have twenty days to make and serve a case, and if done, defendant's proceedings to be stayed until the further order of this court. Judgment of defendant to stand as security on payment of costs of motion.